| | | |
|---|---|---|
| ERIKA RANDOLPH, on behalf of herself and all others similarity situated<br><br>    Plaintiffs,<br><br>    v.<br><br>Atelier-NY, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-1373 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Erika Randolph, by and through her undersigned counsel, hereby gives notice of the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. This Notice is filed prior to the Defendant serving either an answer or a motion for summary judgment.
2. Plaintiff voluntarily dismisses this action without prejudice, meaning Plaintiff retains the right to refile the case in the future.

   /s/ Paul Camarena

   By: Paul Camarena, Esq.
   1016 W. Jackson, No. 32
   Chicago, IL 60607
   Tel: (630) 534-2527
   Email: northandsedgwicklaw@gmail.com
   Attorney for Plaintiff